**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JEFFREY A. KEITH, | : No. 61 WM 2018 |
| | : |
| Petitioner | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| | : |
| SUSAN M. KUHAR, (CAMBRIA CO. | : |
| CLERK OF COURT), ET AL., MARIBETH | : |
| E. SCHAFFER, (CAMBRIA CO. CHIEF | : |
| PUBLIC DEFENDER), ET AL., (IN THEIR | : |
| OFFICIAL CAPACITY'S.), | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of August, 2018, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus are DISMISSED.  The Prothonotary is DIRECTED to forward the filings to counsel of record.